1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   William F. Abrams, State Bar No. 88805
2  william.abrams@pillsburylaw.com
   2475 Hanover Street
3  Palo Alto, CA 94304
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  ZATOPA & SIEGEL
   Michael Zatopa, State Bar No. 84219
6  mike@zatopasiegel.com
   100 Spear Street, Suite 700
7  San Francisco, CA 94105
   Telephone: (415) 896-1400
8  Facsimile: (415) 896-1403

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       (SAN FRANCISCO DIVISION)

13

14  JENNIFER CHANG, by and through her    )    Case No. C 06-02337 JSW
    parents, NORMAN AND LINA CHANG,       )
15                                        )    [~~PROPOSED~~ ORDER]
                            Plaintiffs,   )
16                                        )
        vs.                               )
17                                        )
    CALIFORNIA SCHOOL FOR THE DEAF,       )
18  CALIFORNIA DEPARTMENT OF              )
    EDUCATION, and FREMONT UNIFIED        )
19  SCHOOL DISTRICT,                      )
                                          )
20                          Defendants.   )
                                          )
21                                        )
                                          )
22  _____)

23

24      The Court, having considered the Declaration of William F. Abrams Regarding

25  Completion of Service of Process Pursuant to General Order No. 56 and Alternative

26  Request for Extension of Time to Complete Service, hereby finds good cause for extending

27  the time to complete service under General Order No. 56, Paragraph 1. Plaintiffs shall

28

700471216v1                              - 1 -                    [~~PROPOSED~~ ORDER]
                                                                  Case No. C 06-02337 JSW

1  complete service of process within 46 days of the filing of the First Amended Complaint,
2  which is July 10, 2006.

4  IT IS SO ORDERED.
5  June 5, 2006                                By _____
                                                    Jeffrey S. White
                                                    U.S. District Judge