1  BINGHAM MCCUTCHEN LLP
   William F. Abrams, State Bar No. 88805
2  william.abrams@bingham.com
   1900 University Avenue
3  East Palo Alto, CA 94303
   Telephone: (650) 233-4500
4  Facsimile:  (650) 233-4545

5  ZATOPA & SIEGEL
   Michael Zatopa, State Bar No. 84219
6  mike@zatopasiegel.com
   100 Spear Street, Suite 700
7  San Francisco, CA  94105
   Telephone: (415) 896-1400
8  Facsimile: (415) 896-1403

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          (SAN FRANCISCO DIVISION)

13

14  JENNIFER CHANG, by and through her        )   Case No. C 06-02337 JSW
    parents, NORMAN AND LINA CHANG,           )
15                                            )   <u>NOTICE OF SUBSTITUTION OF
                           Plaintiffs,        )   ATTORNEY AND DESIGNATION OF
16                                            )   LEAD COUNSEL</u>
       vs.                                    )
17                                            )
    CALIFORNIA SCHOOL FOR THE DEAF,           )
18  CALIFORNIA DEPARTMENT OF                  )
    EDUCATION, and FREMONT UNIFIED            )
19  SCHOOL DISTRICT,                          )
                                              )
20                         Defendants.        )
                                              )
21                                            )
                                              )
22                                            )

23

24  TO THE UNTIED STATES DISTRICT COURT, NORTHERN DISTRICT OF

25  CALIFORNIA, SAN FRANCISCO DIVISION AND TO ALL PARTIES AND THEIR

26  ATTORNEYS OF RECORD:

27

28

700479093v1                          - 1 -                SUBSTITUTION OF ATTORNEY
                                                          Case No. C 06-02337 JSW

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Plaintiffs, JENNIFER CHANG, by and through her |
| 2 | parents NORMAN AND LINA CHANG, hereby substitutes its counsel and attorney of |
| 3 | record in this matter. |

### FORMER ATTORNEY

Vernon H. Granneman
vernon.granneman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street, Palo Alto, CA 94304
Tel: 650.233-4500
Facsimile: 650.233-4545

is no longer counsel in this matter.

### SUBSTITUTE ATTORNEY

William F. Abrams
william.abrams@bingham.com
BINGHAM MCCUTCHEN LLP
1900 University Avenue, East Palo Alto, CA 94303
Tel: 650.849-4400
Facsimile: 650.849-4800

shall be Lead Counsel in this matter.

### SUBSTITUTION BASED ON CONSENT

The undersigned consents to this substitution and certifies that this substitution will not unduly delay the proceedings in this matter.

This substitution does not affect Michael Zatopa, who remains co-counsel of record in this action.

Dated: June 29, 2006      By /s/ Norman Chang

NORMAN CHANG, individually and on behalf of Jennifer Chang

Dated: June 29, 2006      By /s/ Lina Chang

LINA CHANG, individually and on behalf of Jennifer Chang

| | |
|---|---|
| Dated: June 29, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>VERNON H. GRANNEMAN<br>2475 Hanover Street<br>Palo Alto, CA 94304<br><br>By /s/ Vernon H. Granneman<br><br>VERNON H. GRANNEMAN |
| Dated: June 29, 2006 | BINGHAM MCCUTCHEN LLP<br>WILLIAM F. ABRAMS<br>1900 University Avenue<br>East Palo Alto, CA 94303<br><br>By /s/ William F. Abrams<br><br>WILLIAM F. ABRAMS |

### GENERAL ORDER NO. 45(X)(B) ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from Vernon H. Granneman and Plaintiffs Norman Chang and Lina Chang, individually and on behalf of their minor daughter Jennifer Chang.

| | |
|---|---|
| Dated: June 29, 2006 | By /s/ William F. Abrams<br><br>Attorney for Plaintiffs<br>JENNIFER CHANG, by and through her parents, NORMAN AND LINA CHANG |

**IT IS SO ORDERED**
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA