**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER CHANG, et al.,

    Plaintiffs,

  v.

CALIFORNIA SCHOOL FOR THE DEAF, et al.,

    Defendants.

No. C 06-02337 JSW

**ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME**

It is HEREBY ORDERED that Defendants California School for the Deaf and California Department of Education's unopposed request for extension of time to filed responsive pleadings in this matter is GRANTED. The responsive pleadings shall be due August 7, 2006.

**IT IS SO ORDERED.**

Dated: July 21, 2006

                                                                /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE