IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, et al., | |
| Plaintiffs, | No. C 06-02337 JSW |
| v. | |
| CALIFORNIA SCHOOL FOR THE DEAF, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is currently set for a hearing on September 29, 2006 at 9:00 a.m. on Defendants' motion to dismiss the second and third claims for relief and motion to strike paragraphs 16 through 24 of the first amended complaint. The Court HEREBY ORDERS that Plaintiffs' opposition briefs shall be due no later than August 25, 2006 and Defendants' reply briefs shall be due no later than September 1, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 9, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE