AUG-22-2006   13:14        71LEGAL OFFICE DEPT EDUCA                                                    P.06

RECEIVED
06 AUG 22 PM 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  MARSHA A. BEDWELL, State Bar No. 094860
   General Counsel
2  mbedwell@cde.ca.gov
   AMY BISSON HOLLOWAY, State Bar No. 163731
3  Assistant General Counsel
   aholloway@cde.ca.gov
4  REBECCA P. FREIE, State Bar No. 072253
   Deputy General Counsel
5  rfreie@cde.ca.gov
   California Department of Education
6  1430 N Street, Room 5319
   Sacramento, CA 95814
7  Telephone: (916) 319-0860
   Facsimile:  (916) 319-0155
8  Email:  RFreie@cde.ca.gov

9  Attorneys for Defendants

10

11                           UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13

14 JENNIFER CHANG, by and through her parents,     )  Case No. C06-02337 JSW
   NORMAN AND LINA CHANG,,                         )
15                                                 )  MOTION TO FILE DOCUMENTS
                                                   )  UNDER SEAL, [PROPOSED]
16                                                 )  ORDER
                     Plaintiff,                    )  (Local Rule 79-5)
17         v.                                      )
                                                   )  Date: September 29, 2006
18 CALIFORNIA SCHOOL FOR THE DEAF,                 )  Time: 9:00 a.m.
   CALIFORNIA DEPARTMENT OF EDUCATION,             )  Courtroom: 2
19 and FREMONT UNIFIED SCHOOL DISTRICT,            )  Judge: Jeffrey S. White
                                                   )
20                   Defendants.                   )
                                                   )
21  ─────────────────────────────

22         Pursuant to Local Rule 79-5, State Defendants, hereby move for an Ex Parte Order permitting

23  State Defendants to file, under seal, a settlement agreement executed by the parties, and or

24  representatives of the parties to this action, in December 2004. This agreement contains the following

25  provision: "The parties agree that this Agreement shall remain confidential between the parties, with

26  the exception that this agreement shall be admissible in any action to enforce its terms." Attorneys

27  //

28  ///

Case No. C 06-02337 JSW                    1               STATE DEFS.' MOTION TO FILE DOCUMENT UNDER
                                                           SEAL; [PROPOSED] ORDER No. C06-02337 JSW

10338569.tif - 8/22/2006 1:20:18 PM

1  representing the other parties in this matter have stipulated to sealing the December 2004 settlement
2  agreement.
3  Dated: August 21, 2006                    Respectfully submitted,

MARSHA A. BEDWELL
General Counsel
AMY BISSON HOLLOWAY
Assistant General Counsel

By: _____
REBECCA FREIE
Deputy General Counsel
Attorneys for Defendants

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED the document be filed under seal in compliance with Local Rule 79-5.

Dated: AUG 2 5 2006     _____
Honorable Jeffrey S. White
United States District Court Judge, Northern District

Case No. C 06-02337 JSW        2        STATE DEFS.' MOTION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER No. C06-02337 JSW

10338569.tif - 8/22/2006 1:20:18 PM