IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER CHANG, et al.,

    Plaintiffs,

v.

CALIFORNIA SCHOOL FOR THE DEAF, et al.,

    Defendants.

No. C 06-02337 JSW

**ORDER OF REFERRAL**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge Maria Elena James to conduct a settlement conference by no later than December 29, 2006, if possible. Magistrate James shall also address the scope and possible staging of discovery.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 29, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE