IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, et al., | No. C 06-02337 JSW (MEJ) |
|     Plaintiffs, | |
| vs. | **NOTICE OF REFERENCE** |
| CALIFORNIA SCHOOL FOR THE DEAF, et al., | |
|     Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of discovery.  Please be advised that if a specific motion was filed before the district court <u>prior to this referral</u>, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which is enclosed herewith.

    Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge James' standing order and meet and confer in person.  If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter.  Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the

1 matter submitted on the papers.  Accordingly, any pending discovery motions are hereby DENIED
2 WITHOUT PREJUDICE to the filing of a joint letter.
3    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any
4 questions.
5 **IT IS SO ORDERED.**

7 Dated: OCTOBER 11, 2006
8     MARIA-ELENA JAMES
    United States Magistrate Judge

2