**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, et al., | No. C 06-02337 JSW (MEJ) |
| Plaintiffs, | |
| vs. | **ORDER VACATING NOTICE OF REFERENCE AND ORDER FOR PARTIES TO FILE JOINT LETTER RE DISCOVERY STAGING** |
| CALIFORNIA SCHOOL FOR THE DEAF, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On October 11, 2006, the Court issued a Notice of Reference in this matter. The Court hereby VACATES that Notice.

The parties shall file a joint letter addressing the scope and possible staging of discovery as stated in Judge White's Order of Referral. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: OCTOBER 11, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2