MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
mbedwell@cde.ca.gov
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
aholloway@cde.ca.gov
REBECCA P. FREIE, State Bar No. 072253
Deputy General Counsel
rfreie@cde.ca.gov
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
Email: RFreie@cde.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. C., by and through her parents, N. AND L. C., | Case No. C06-02337 JSW |
| Plaintiff, | MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL, [PROPOSED] ORDER |
| v. | (Local Rule 79-5) |
| CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT, | Courtroom: 2 Judge: Jeffrey S. White |
| Defendants. | |

Pursuant to Local Rule 79-5, State Defendants, hereby move for an Ex Parte Order permitting State Defendants to lodge, under seal, the administrative record from the special education due process

///
///
///
///

---

Case No. C 06-02337 JSW     1     STATE DEFS.' MOTION TO FILE ADMIN. RECORD UNDER SEAL; [PROPOSED] ORDER No. C06-02337 JSW

hearing that is the basis for plaintiff's first cause of action. Attorneys representing the other parties in this matter have stipulated to sealing the administrative record.

Dated: November 30, 2006

Respectfully submitted,

MARSHA A. BEDWELL
General Counsel
AMY BISSON HOLLOWAY
Assistant General Counsel

By: _____
REBECCA FREIE
Deputy General Counsel
Attorneys for Defendants

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED the document be filed under seal in compliance with Local Rule 79-5.

Dated: November 30, 2006    _____
Honorable Jeffrey S. White
United States District Court Judge, Northern District

Case No. C 06-02337 JSW       2       STATE DEFS.' MOTION TO FILE ADMIN. RECORD UNDER SEAL; [PROPOSED] ORDER No. C06-02337 JSW