IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER CHANG, et al.,

    Plaintiffs,

v.

CALIFORNIA SCHOOL FOR THE DEAF, et al.,

    Defendants.

No. C 06-02337 JSW

**ORDER REFERRING ALL DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, this matter is referred to Magistrate Judge Bernard Zimmerman or Magistrate Judge Joseph C. Spero for resolution of all discovery matters.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom