IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., et al., | |
| Plaintiffs, | No. C 06-02337 JSW |
| v. | |
| CALIFORNIA SCHOOL FOR THE DEAF, et al., | **ORDER DENYING STIPULATION AND SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| Defendants. | |

The Court has received the parties' stipulation regarding the briefing schedule for dispositive motions and DENIES the stipulation. Instead, the Court HEREBY ORDERS:

• the parties shall meet and confer and determine which party (or parties) shall initiate a summary judgment motion (if defendants elect to initiate the motion filing, each defendant may file a separate motion, but must meet and confer to avoid duplicative argument);

• the initial moving party shall file an opening brief in support of its motion for summary judgment, not to exceed 30 pages in length, no later than May 25, 2007;

• the responding party shall file a combined cross-motion for summary judgment and opposition brief, not to exceed 30 pages in length, no later than June 8, 2007;

• the initial moving party shall file a combined opposition to the cross-motion and reply in support of their opening motion, not to exceed 25 pages in length, no later than June 22, 2007;

- the responding party shall file a reply in support of their cross-motion for summary judgment, not to exceed 15 pages in length, by no later than July 6, 2007;
- the hearing on the motions for summary judgment shall be RESET to July 27, 2007 at 9:00 a.m.

To the extent that the parties meet and confer and determine that only one party wishes to move for summary judgment, the hearing date will remain July 27, 2007 at 9:00 a.m. and the parties shall follow the timing and page length requirements set out in Civil Local Rule 7-2.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2