IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG by and through her parents, NORMAN and LINA CHANG<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, AND FREMONT UNIFIED SCHOOL DISTRICT<br><br>Defendants._____/ | No. C-06-2337 JSW (MEJ)<br>NOTICE AND ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE |

TO ALL PARTIES and their Attorneys of Record:

PLEASE TAKE NOTICE that this case has been scheduled for a Further Settlement Conference before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **May 30, 2007 at 10:00 a.m**. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

In addition the Court ORDERS the following:

1. Defendant shall respond to Plaintiff's "Summary of Plaintiff's Proposed

Settlement/Consent Decree Terms," by delivering one confidential copy to the Plaintiff and a Courtesy copy to the Court by May 23, 2007. **Do not file this response.**

2. Defendant shall bring a representative from Dr. Ellerbee's Office and a representative from the Special Education Department to the May 30 Settlement Conference.

3. The Parties shall meet and confer and decide upon a suitable consultant. If they are unable to agree upon a suitable consultant, the parties shall, on the day of the settlement conference, each bring the names of two candidates suitable for the position.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated:  May 8, 2007



_____
MARIA-ELENA JAMES
United States Magistrate Judge

2

3