UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, by and through her parents,<br><br>    Plaintiff(s),<br><br>v.<br><br>CALIFORNIA SCHOOL FOR THE DEAF, et al.,<br><br>    Defendant(s). | No. C06-2337 JSW (BZ)<br><br>**SCHEDULING ORDER** |

On May 18, 2007, I held a telephonic conference regarding the discovery disputes outlined in plaintiffs' May 14 letter. All interested parties were present through counsel. IT IS ORDERED as follows:

    1. By **Thursday, May 31, 2007**, defendants California School for the Deaf and California Department of Education shall file a written certification with the Court that it has conducted all required examinations, audits, and inspections of its business records and has produced all documents or information responsive to plaintiffs' discovery requests, subject to the privileges properly asserted;

    2. Plaintiffs' have leave to file a motion to compel

discovery by **Friday, May 25, 2007**;

    3.  Defendants' opposition, if any, shall be filed by **Monday, June 4, 2007**;

    4.  Plaintiffs' reply, if any, shall be filed by **Monday, June 11, 2007**;

    5.  If necessary, the Court will notice a hearing on the motion.

Dated: May 18, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CHANG\SCH.ORDER.wpd