IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through her parents NORMAN and LINDA C., <br><br>    Plaintiffs, <br><br>vs. <br><br>CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT, <br><br>    Defendants. | No.C- 06-2337 JSW (MEJ) <br><br>ORDER |

On June 6, the Court held a further settlement conference in this matter. To date, the Court has conducted 4 settlement conferences in this case: On December 6, 2006, for 4 hours; on May 7, 2007, for 3 hours; on May 30, 2007 for 7 hours; and on June 6, 2007 for 8 ½ hours, after which the parties drafted a comprehensive settlement proposal entitled: **Final Draft of June 6, 2007, Settlement Agreement with Continuing Jurisdiction of the Court**. Defendants have requested a 30 day period to obtain approval from representatives who did not appear at the June 6, settlement conference. If the Final Draft of the June 6, 2007, Settlement Agreement with Continuing Jurisdiction of the Court, which the court has spent over 20 hours negotiating, has not been approved by July 3, 2007, the Court will conduct a status conference on July 5, 2007, at 10:00 a.m., in Courtroom B. 15th floor, 450 Golden Gate Avenue, San Francisco, California. The Defendants

1 are Ordered to appear on that date before this Court with any representative who is withholding
2 approval of the settlement agreement and the representative shall be prepared to address this Court
3 with the objections to the settlement.
4   Should the Status Conference be necessary on July 5, 2007, the Plaintiffs' appearance at that
5 hearing is waved until further order of Court.
6   **IT IS SO ORDERED.**

8 Dated: June 6, 2007

   MARIA-ELENA JAMES
9  United States Magistrate Judge