UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through her parents,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CALIFORNIA SCHOOL FOR THE DEAF, et al.,<br><br>        Defendant(s). | No. C06-2337 JSW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Having been informed that the parties in this matter have reached a comprehensive settlement, the final approval of which is required by July 3, 2007, <u>see</u> Order (Docket No. 82), and having received no further papers relating to plaintiffs' motion to compel discovery (Docket No. 78), the motion is **DENIED** as moot.  **IT IS FURTHER ORDERED** that, should plaintiffs wish to pursue their motion, they may re-notice it for an appropriate hearing date.

Dated: June 7, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CHANG\SECOND.DISC.ORDER.wpd

1