1  BINGHAM McCUTCHEN LLP
   Willam F. Abrams (SBN 88805)
2  william.abrams@bingham.com
   MAZEN M. BASRAWI (SBN 235475)
3  mazen.basrawi@bingham.com
4  1900 University Avenue
   East Palo Alto, CA  94303-2223
5  Telephone:  (650) 849-4400
   Facsimile:  (650) 849-4800
6
7  YOUTH AND EDUCATION LAW PROJECT
   William S. Koski (SBN 166061)
8  bkoski@stanford.edu
   Crown Quadrangle
9  559 Nathan Abbott Way
   Stanford, CA 94305
10 Telephone:  (650) 724-3718
   Facsimile:  (650) 723-4426
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       (SAN FRANCISCO DIVISION)

15

16

17  JENNIFER CHANG, by and through her parents,    Case No.:  C 06-02337 JSW (MEJ)
    NORMAN and LINA CHANG,
18
            Plaintiffs,                             **STIPULATION AND JOINT MOTION
19                                                  FOR DISMISSAL OF COMPLAINT AND
       v.                                           CIVIL ACTION AGAINST
20                                                  DEFENDANT FREMONT UNIFIED
                                                    SCHOOL DISTRICT AND [PROPOSED]
21  CALIFORNIA SCHOOL FOR THE DEAF,                 ORDER**
    CALIFORNIA DEPARTMENT OF
22  EDUCATION, and FREMONT UNIFIED
    SCHOOL DISTRICT,
23
            Defendants.
24

25

26

27

28

*J.C. v. CSD, et al.*                                       Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST  DEFENDANT
FREMONT UNIFIED SCHOOL DISTRICT AND [PROPOSED] ORDER

1  Plaintiff J.C., by and through her parents, Norman and Lina C., ("Plaintiffs") and
2  Defendant Fremont Unified School District ("FUSD") stipulate as follows:
3  1. Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiffs and FUSD hereby jointly move
4  this Court to dismiss all legal claims and allegations against FUSD in the civil action Case No.
5  C-06-02337 JSW. Dismissal of this action is made without prejudice.
6  2. As of May 31, 2007, Plaintiff and the FUSD have reached a final negotiated
7  settlement that resolves the legal dispute and allegations against FUSD, as enumerated in ¶¶ 41
8  through 47 of Plaintiff's First Amended Complaint. The Agreement provides that each party
9  waives and releases the other for any claims for attorneys fees and costs in connection with this
10 matter. A copy of the fully executed Settlement Agreement is attached as Exhibit A.
11 3. Having resolved all pending claims against Defendant FUSD in this case,
12 Plaintiffs and FUSD respectfully request that the Court dismiss without prejudice all claims
13 against FUSD in the instant proceeding.
14 4. Settlement between Plaintiff and FUSD does not alter or relinquish any of the
15 pending claims against the remaining Defendants, California School for the Deaf and the
16 California Department of Education, which are still before this Court.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28 *J.C. v. CSD, et al.* Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST DEFENDANT
FREMONT UNIFIED SCHOOL DISTRICT AND [~~PROPOSED~~] ORDER

-1-

1 DATED: July **30**, 2007

                              STANFORD LEGAL CLINIC

                              By: /s/ William S. Koski
                                    William S. Koski
                              STANFORD LEGAL CLINIC
                          YOUTH & EDUCATION LAW PROJECT
                                    William S. Koski

                                    William F. Abrams
                                    Mazen M. Basrawi
                              BINGHAM MCCUTCHEN, LLP

                              *Attorneys for Plaintiffs*
                     Jennifer Chang, by and through her parents,
                             Norman and Lina Chang

DATED: July **26**, 2007

                              MILLER BROWN & DANNIS

                              By: /s/ Donald A. Velez
                                    Donald A. Velez
                                   *Attorneys for Defendant*
                              Fremont Unified School District

*J.C. v. CSD, et al.*      2      Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST DEFENDANT FREMONT UNIFIED SCHOOL DISTRICT AND [PROPOSED] ORDER

**1** **[PROPOSED] ORDER**

**2**     Having read and considered the Stipulation and Joint Motion for Dismissal of Defendant

**3** Fremont Unified School District, the Court HEREBY ORDERS THAT: Fremont Unified

**4** School District shall be dismissed without prejudice from this matter.

**5**

**6** DATED: July 30, 2007

**7**                                                     Hon. Jeffrey S. White

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**