# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through her parents, NORMAN and LINA CHANG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT.<br>　　　　Defendants. | Case No: C-06-02337 JSW<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT WITH LIMITED CONTINUING JURISDICTION OF THE COURT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having read and considered the "Joint Notice of Settlement Agreement and Stipulation Re Court Approval of Settlement Agreement" submitted by Plaintiff J.C., by and through her parents N.C. and L.C., and Defendants California School for the Deaf in Fremont ("CSDF") and the Department of Education ("CDE") (collectively, the "Parties"), the Settlement Agreement with Limited Continuing Jurisdiction of the Court and supporting papers, and based upon the Court's experience with this case,

IT IS HEREBY ORDERED THAT the Settlement Agreement with Limited Continuing Jurisdiction of the Court ("Settlement Agreement") is approved by the Court as an Order of the Court. Accordingly, the Court hereby enters the Settlement Agreement as a final Order of the Court that shall be enforced as an Order of the Court as set forth in the Settlement Agreement. The Court further ORDERS that the September 24, 2007 Pretrial Conference, the Trial currently set to begin October 15, 2007, and any and all other pending matters in this case be vacated and taken off calendar.

IT IS SO ORDERED.

Dated: __August 31__, 2007

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE