| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | Willam F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
| 3 | MAZEN M. BASRAWI (SBN 235475) |
| | mazen.basrawi@bingham.com |
| 4 | 1900 University Avenue |
| | East Palo Alto, CA 94303-2223 |
| 5 | Telephone: (650) 849-4400 |
| | Facsimile: (650) 849-4800 |
| 6 | |
| 7 | YOUTH AND EDUCATION LAW PROJECT |
| | William S. Koski (SBN 166061) |
| 8 | bkoski@stanford.edu |
| | Crown Quadrangle |
| 9 | 559 Nathan Abbott Way |
| | Stanford, CA 94305 |
| 10 | Telephone: (650) 724-3718 |
| | Facsimile: (650) 723-4426 |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JENNIFER CHANG, by and through her parents, NORMAN and LINA CHANG, | Case No.: C 06-02337 JSW (MEJ) |
| Plaintiffs, | **STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST DEFENDANTS CALIFORNIA SCHOOL FOR THE DEAF-FREMONT AND THE CALIFORNIA DEPARTMENT OF EDUCATION AND [PROPOSED] ORDER** |
| v. | |
| CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

*J.C. v. CSD, et al.*     Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST DEFENDANTS CSD AND CDE AND [PROPOSED] ORDER

Plaintiff J.C., by and through her parents, Norman and Lina C., ("Plaintiffs") and Defendants California School for the Deaf-Fremont ("CSD") and California Department of Education ("CDE") stipulate as follows:

1. Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs and Defendants CSD and CDE hereby jointly move this Court to dismiss all legal claims and allegations against FUSD in the civil action Case No. C-06-02337 JSW. Such dismissal shall be subject to the terms of this Court's August 31, 2007 "Order Approving Settlement Agreement with Limited Jurisdiction of the Court" and the "Settlement Agreement with Limited Jurisdiction of the Court," Paragraph III.A. of the Settlement Agreement provides in part: "The Court shall retain jurisdiction over this matter for three years to ensure compliance with this Agreement . . . . During that time period, the Court shall have the authority to enter any additional orders it deems appropriate to ensure compliance with the express terms of this Agreement."

2. On July 30, 2007, this Court ordered the dismissal of Plaintiffs' claims against Defendant Fremont Unified School District. Thus no claims would remain pending before this Court should the Court approve this stipulation and order dismissal of the claims against the CSD and CDE.

3. Having resolved all pending claims against Defendant CSD and CDE in this case, Plaintiffs and Defendants CSD and CDE respectfully request that the Court dismiss this case pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and subject to subject to the terms of this Court's August 31, 2007 "Order Approving Settlement Agreement with Limited Jurisdiction of the Court" and the "Settlement Agreement with Limited Jurisdiction of the Court," both of which provide limited continuing jurisdiction of this Court.

///
///
///
///
///

*J.C. v. CSD, et al.*     Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST DEFENDANT FREMONT UNIFIED SCHOOL DISTRICT AND [PROPOSED] ORDER

-1-

1  DATED: September 14, 2007

STANFORD LEGAL CLINIC

By: /s/ William S. Koski
William S. Koski
STANFORD LEGAL CLINIC
YOUTH & EDUCATION LAW PROJECT
William S. Koski

William F. Abrams
Mazen M. Basrawi
BINGHAM MCCUTCHEN, LLP

*Attorneys for Plaintiffs*
Jennifer Chang, by and through her parents,
Norman and Lina Chang

DATED: September ___, 2007

CALIFORNIA DEPARTMENT OF EDUCATION

By: //S//
Rebecca Freie
*Attorneys for Defendants*
California School for the Deaf-Fremont
California Department of Education

---

J.C. v. CSD, et al.                    2                    Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST
DEFENDANTS CSD AND CDE AND [PROPOSED] ORDER

1  DATED: September ___, 2007

2
                                        STANFORD LEGAL CLINIC
3

4

5                                       By: _____//S//_____
                                             William S. Koski
6                                            STANFORD LEGAL CLINIC
                                             YOUTH & EDUCATION LAW PROJECT
7                                            William S. Koski

8
                                             William F. Abrams
9                                            Mazen M. Basrawi
                                             BINGHAM MCCUTCHEN, LLP
10
                                             *Attorneys for Plaintiffs*
11                                           Jennifer Chang, by and through her parents,
                                             Norman and Lina Chang
12

13  DATED: September 14, 2007
14

15                                      CALIFORNIA DEPARTMENT OF EDUCATION

16

17                                      By: _____/s/ Rebecca Freie_____
                                             Rebecca Freie
18                                           *Attorneys for Defendants*
                                             California School for the Deaf-Fremont
19                                           California Department of Education

20

21

22

23

24

25

26

27

28

*J.C. v. CSD, et al.*                         2                    Case No. C 06-02337 JSW (MEJ)

STIPULATION AND JOINT MOTION FOR DISMISSAL OF COMPLAINT AND CIVIL ACTION AGAINST
DEFENDANTS CSD AND CDE AND [PROPOSED] ORDER

1  **[PROPOSED] ORDER**

2      Having read and considered the Stipulation and Joint Motion for Dismissal of Defendants

3  California School for the Deaf-Fremont and California Department of Education, the Court

4  HEREBY ORDERS THAT: Fremont Unified School District shall be dismissed pursuant to

5  Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and subject to the terms of this Court's August 31, 2007

6  "Order Approving Settlement Agreement with Limited Jurisdiction of the Court" and the

7  "Settlement Agreement with Limited Jurisdiction of the Court," both of which provide limited

8  continuing jurisdiction of this Court.

9

10  DATED: September 17, 2007               _____

11                                                            Hon. Jeffrey S. White

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28