MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
REBECCA P. FREIE, State Bar No. 072253
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
rfreie@cde.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. C. by and through her parents, NORMAN AND LINA C., <br><br> Plaintiff, <br> v. <br><br> CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | Case No. C06-02337 JSW <br><br> STIPULATION BY STATE DEFENDANTS AND PLAINTIFFS TO AMEND SETTLEMENT AGREEMENT, AND ~~PROPOSED~~ ORDER |

The parties, through counsel, hereby stipulate to amend the Settlement Agreement made between the parties and approved by this court August 31, 2007 for the following reasons:

1. The Settlement Agreement referenced above provides for amendment by mutual agreement of the parties in paragraph IV. C.

2. The parties agree defendants California School for the Deaf and California Department of Education have made diligent, good faith efforts to recruit an appropriate teacher or teachers for the

///

special day class referenced in paragraph II.A. of the agreement, but to date have been unsuccessful in finding a qualified teacher with appropriate credentials.

WHEREFORE, the parties herby stipulate and agree to amend subparagraph II.A.2. of the settlement agreement to read as follows:

> The State Defendants shall begin operation of this special needs day class no later than September 1, 2008, the beginning of the 2008/2009 school year, or sooner if possible. In addition, commencing January 18, 2008, CDE/CSDF shall provide biweekly reports to plaintiff's counsel describing the efforts of CDE/CSDF to hire an appropriate teacher, said reports continuing until the teacher is hired, or the State defendants determine they are unable to find such a teacher and move the court for relief.

IT IS SO STIPULATED.

Dated: December 21, 2007

_____
REBECCA FREIE
Deputy General Counsel

Attorneys for Defendants
California Department of Education and
California School for the Deaf, Fremont

Dated: December 21, 2007

_____
WILLIAM KOSKI
Youth and Education Law Project

Attorney for Plaintiffs

~~PROPOSED~~ ORDER

It is hereby ordered the Settlement Agreement previously approved by the Court on August 31, 2007 be amended as set forth herein.

DATED: December 26, 2007        By: _____
                                    JEFFREY S. WHITE
                                    U.S. District Judge