MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
GREGORY J. ROUSSEVE, State Bar No. 84262
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
groussev@cde.ca.gov

Attorneys for Defendants CDE/CSDF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, by and through her parents, NORMAN AND LINA CHANG,,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.C06-02337 JSW<br><br>STIPULATION BY STATE DEFENDANTS AND PLAINTIFFS TO AMEND SETTLEMENT AGREEMENT, AND ~~PROPOSED~~ ORDER |

The parties through counsel, hereby stipulate to amend the Settlement Agreement made between the parties and approved by this court August 31, 2007 for the following reasons:

1. The Settlement Agreement referenced above provides for amendment by mutual agreement of the parties in paragraph IV.C.

2. The parties agree defendants California School for the Deaf and California Department of Education have made diligent, good faith efforts to recruit an appropriate teacher or teachers for the

---

Case No. C 06-02337 JSW 1 STIPULATION BY STATE DEFENDANTS AND PLAINTIFFS TO AMEND SETTLEMENT AGREEMENT, AND ~~PROPOSED~~ ORDER

Special day class referenced in paragraph II.A. of the agreement, but to date have been unsuccessful in finding a qualified teacher with the specific appropriate credentials as required in paragraph II.D.1. of the agreement.

WHEREFORE, the parties hereby stipulate and agree to amend subparagraph II.D.1. of the settlement agreement to read as follows:

This special needs day class will be staffed by a teacher or teachers who are trained and credentialed to serve deaf and hard-of hearing students, proficient in American Sign Language (ASL), and trained and credentialed to serve severely handicapped students. If no single person can be found with all such qualifications, the special needs day class Project shall be staffed using one of the following options:

(a) If one highly qualified teacher candidate is found who possesses one of the two required teaching credentials along with sufficient signing skills and teaching experiences/abilities for this unique population of students, then, upon J.C.'s consent, that individual shall be deemed acceptable to be hired for the job without the need for a second classroom teacher. Further, this individual shall complete the attainment of the second teaching credential within three years of his or her initial employment date at California School for the Deaf by taking college coursework on an ongoing basis while being employed at the California School for the Deaf special needs class project.

(b) If only one teacher candidate is found for the special needs class project who does not possess sufficient signing skills and teaching experiences/abilities for this unique population of students, then the classroom will be staffed by two or more persons who collectively possess such qualifications.

Preference will be given to teachers with experience in educating and providing interventions for autistic and mentally retarded children, including, but not limited to, experience with the use of picture exchange communication systems (PECS), positive behavioral interventions, applied behavioral analysis (ABA) and/or discrete trial training, and sensory diets. All recruitment and hiring of teachers shall be in accordance with CDE/CSDF's policies, procedures, and statutory requirements.

Case No. C 06-02337 JSW  2  STIPULATION BY STATE DEFENDANTS AND PLAINTIFFS TO AMEND SETTLEMENT AGREEMENT, AND ~~PROPOSED~~ ORDER

IT IS SO STIPULATED:

Dated: 7-11-08

_____
GREGORY J. ROUSSEVE
Deputy General Counsel

Attorneys for Defendants
California Department of Education and
California School for the Deaf, Fremont

Dated: 7/22/08

_____
WILLIAM KOSKI
Youth and Education Law Project

Attorney for Plaintiffs

## ~~PROPOSED~~ ORDER

It is hereby ordered the Settlement Agreement previously approved by the Court on August 31, 2007 be amended as set forth herein;

Dated: July 25, 2008

_____
JEFFREY S. WHITE
U.S. District Judge

---

Case No. C 06-02337 JSW   3   STIPULATION BY STATE DEFENDANTS AND PLAINTIFFS TO AMEND SETTLEMENT AGREEMENT, AND ~~PROPOSED~~ ORDER